HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
CHRISTINA M. CORCORAN, NY Bar # 5118427
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CARLTON J. ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLTON J. ALLEN,<br><br>Defendant. | Case No. 5:19-po-00157-JLT<br><br>**REQUEST FOR RULE 43 WAIVER FOR REVIEW HEARING AND TELEPHONIC CONFERENCE; [PROPOSED] ORDER** |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Carlton J. Allen, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for the review hearing on February 4, 2020 and that he be allowed to appear telephonically. This Court, pursuant to Rule 43(b)(2), has the authority to allow Mr. Payne to appear by telephone for the upcoming review hearing.

Mr. Allen currently is living in Fresno, but he is homeless and does not have a vehicle. He therefore has no means by which to travel to court in Bakersfield. Accordingly, Mr. Payne respectfully requests this court to permit him to appear telephonically.

///

///

| | |
|---|---|
| | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: January 28, 2020 | */s/ Christina M. Corcoran*<br>CHRISTINA M. CORCORAN<br>Assistant Federal Defender<br>Attorney for Defendant<br>CARLTON J. ALLEN |

## **O R D E R**

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance at the February 4, 2020 hearing and to appear via telephone is GRANTED. No later than 9:00 a.m., he SHALL call into the Court's teleconference service by dialing (888) 557-8511 and enter access code 1652736. He SHALL wait quietly on the line until his case is called.

IT IS SO ORDERED.

Dated: **January 29, 2020**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE